Lauren C. Regan (OSB#97087)
Civil Liberties Defense Center
259 East 5th Avenue, Suite 300-A
Eugene, Oregon 97401
Ph: 541.687.9180
Fax: 541.686.2137
Email: lregan@cldc.org
**LEAD ATTORNEY**

Marianne Dugan (OSB#93256)
259 E. 5th Ave., Suite 200-D
Eugene, OR 97401
Ph: 541.338.7072
Fax: 541.686.2137
Email: mdugan@mdugan.com
    Of Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OREGON
## EUGENE DIVISION

| | |
|---|---|
| **JOSHUA SCHLOSSBERG,** | )<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) Case No. 10-6014-TC<br>)<br>) **PLAINTIFF'S FULL**<br>) **SATISFACTION OF GENERAL**<br>) **JUDGMENT** |
| **BILL SOLESBEE**, in his individual capacity; **PETE KERNS**, in his individual and official capacities; **CITY OF EUGENE,** | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

Joshua Schlossberg, plaintiff in the above-entitled case, hereby acknowledges full satisfaction of the amended judgment entered in this case March 6, 2012.

/   /   /   /   /   /   /

Page 1 of 3—PLAINTIFF'S FULL SATISFACTION OF GENERAL JUDGMENT.

Dated this 26th day of March, 2012.

/s/ Lauren C. Regan
Lauren C. Regan (OSB # 97087)
Of Attorneys for Plaintiff

STATE OF OREGON    )
                   ) ss
County of Lane     )

I, Lauren C. Regan, being first duly sworn, do hereby depose and say that I am the attorney for plaintiff Joshua Schlossberg in this case and that the facts and statements contained in this Full Satisfaction of General Judgment are true.

Dated this 26th day of March, 2012.

Lauren C. Regan (OSB # 97087)
Of Attorneys for Plaintiff

SUBSCRIBED AND SWORN to before me this 26th day of March, 2012.

Notary Public for Oregon

My commission expires: 10/30/15

OFFICIAL SEAL
JAMES JOSEPH STEINBACHER
NOTARY PUBLIC -- OREGON
COMMISSION NO. 463194
MY COMMISSION EXPIRES OCTOBER 30, 2015

Page 2 of 3—PLAINTIFF'S FULL SATISFACTION OF GENERAL JUDGMENT.

## CERTIFICATE OF SERVICE

I certify that on March 26, 2012, I served or caused to be served a true and complete copy of the foregoing Satisfaction of General Judgment on the party or parties listed below as follows:

__X____ Via CM/ECF Filing

_____ Via First Class Mail, Postage Prepaid

__X__ Via Email

_____ Via Personal Delivery

Respectfully submitted March 26, 2012.

/s/ Lauren C. Regan

Lauren C. Regan (OSB#97087)
Civil Liberties Defense Center
259 East 5th Avenue, Suite 300-A
Eugene, Oregon 97401
Ph: 541.687.9180; Email: lregan@cldc.org